UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
Hon. Paul E. Davison
United States Magistrate Judge

December 15, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Richmar Controls and Services Company, Inc.**<br><br>Plaintiff,<br><br>*- against -*<br><br>**Liberty Mutual Insurance Company**<br><br>Defendant(s) | **SCHEDULING ORDER**<br><br>10-cv-01392-PED |

TO ALL PARTIES:

The matter has been scheduled before the Honorable Paul E. Davison, United States Magistrate Judge, for a conference on **January 18, 2012 at 10:30 am** in Courtroom 420. "Parties shall complete and bring to the conference a proposed Civil Case Discovery Plan which may be in the format previously circulated by Judge Briccetti (Docket #3)."

Notify any new parties of this schedule immediately!

*Any party seeking to reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:

[signature]

Hon. Paul E. Davison
United States Magistrate Judge