**DUANE MORRIS, LLP**
John S. Wojak, Jr. (JW 1600)
Brian J. Markowitz (BM 9640)
1540 Broadway
New York, New York 10036
Telephone No.: (212) 692-1000
Facsimile No.: (212) 692-1020
E-mail: jwojak@duanemorris.com
        bjmarkowitz@duanemorris.com

*Attorneys for Defendant Liberty Mutual
Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
RICHMAR CONTROLS AND SERVICES COMPANY,
INC.

                                  Plaintiff,   **Case No. 11-CIV-05802 (PED)**

        -against-

LIBERTY MUTUAL INSURANCE COMPANY,,

                                  Defendant.
-----------------------------------------------------------------------x

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE THAT, Brian J. Markowitz, Esq. of the law firm Duane Morris LLP hereby enters his appearance as co-counsel for Defendant Liberty Mutual Insurance Company in the above captioned action.

Dated: New York, New York
       December 15, 2011

                        **DUANE MORRIS LLP**
                        Attorneys for *Defendant Liberty Mutual*
                        *Insurance Company*

By: /s/ Brian J. Markowitz
           Brian J. Markowitz (BM 9640)
           1540 Broadway
           New York, New York 10036
           (212) 692-1000