UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHMAR CONTROLS AND SERVICES
COMPANY, INC.,

                                                   **STIPULATION OF DISMISSAL**
                                                   **WITHOUT PREJUDICE**

                     Plaintiff,

                                                   Case No. 11 CV 5802 (PED)

   -against-

LIBERTY MUTUAL INSURANCE COMPANY,

                   Defendant.

-----------------------------------------------------------------X

      Pursuant to Fed. R. Civ. Proc. 41(a)(1), Plaintiff and Defendant hereby stipulate that the above-captioned action is dismissed without prejudice. Each party shall bear its own costs and expenses. This stipulation may be executed in counterpart, each of which shall be deemed to be an original.

DUANE MORRIS, LLP                              WELBY, BRADY & GREENBLATT, LLP

By: _____               By: _____
    Brian L. Markowitz, Esq.                         Robert W. Bannon, II, Esq.
    1540 Broadway                                   11 Martine Avenue, 15th Floor
    New York, New York 10036                  White Plains, New York 10606
    (212) 471-1810                                   (914) 428-2100
    Attorneys for Defendant                           Attorneys for Plaintiff

Date:                                                 Date: 5/8/12