Case 7:11-cv-05802-PED   Document 11   Filed 05/08/12   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICHMAR CONTROLS AND SERVICES
COMPANY, INC.,

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

        Plaintiff,

Case No. 11 CV 5802 (PED)

    -against-

LIBERTY MUTUAL INSURANCE COMPANY,

        Defendant.

-------------------------------------------------------------X

    Pursuant to Fed. R. Civ. Proc. 41(a)(1), Plaintiff and Defendant hereby stipulate that the

above-captioned action is dismissed without prejudice. Each party shall bear its own costs and

expenses. This stipulation may be executed in counterpart, each of which shall be deemed to be

an original.

DUANE MORRIS, LLP

By: _____
    Brian L. Markowitz, Esq.
    1540 Broadway
    New York, New York 10036
    (212) 471-1810
    Attorneys for Defendant

Date:

WELBY, BRADY & GREENBLATT, LLP

By: _____
    Robert W. Bannon, II, Esq.
    11 Martine Avenue, 15th Floor
    White Plains, New York 10606
    (914) 428-2100
    Attorneys for Plaintiff

Date: 5/8/12

So Ordered:

_____
U.S.M.J. Paul E. Davison

Dated: May 9, 2012
White Plains, N.Y.